No. 72–6566. CHAMBERS *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Almeida-Sanchez* v. *United States,* 413 U. S. 266 (1973).

No. 73–163. LUCAS ET AL. *v.* RIVERS. C. A. 6th Cir. Motion to dispense with printing respondent's brief and certiorari granted. Judgment vacated and case remanded for consideration of question of mootness in light of *People* v. *McMiller,* 389 Mich. 425, 208 N. W. 2d 451 (1973).